UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT W. JOHNSON,

    Plaintiff,

Case No. 1:22-cv-72

v.

Hon. Hala Y. Jarbou

EQUIFAX INFORMATION SERVICES, et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the order entered this date:

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED** for failure to state a claim.

Dated:  May 19, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE